UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC Bank USA, National Association as Trustee for
ACE Securities Corp. Home Equity Loan Trust, Series
2005-WF1 Asset Backed Pass-Through Certificates



**Order Filed on May 7, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:  <u>17-35743 JNP</u>

Adv. No.:

Hearing Date:  5/7/19 @ 10:00 a.m.

Judge:  <u>Jerrold N. Poslusny, Jr.</u>

In Re:
     Craig S. Rhody, Donna M. Rhody,

Debtors.

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

     The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: May 7, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Craig S. Rhody, Donna M. Rhody
Case No:  17-35743 JNP
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFICATION
OF DEFAULT

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured
Creditor, HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan
Trust, Series 2005-WF1 Asset Backed Pass-Through Certificates, Denise Carlon, Esq. appearing, upon a
motion to vacate the automatic stay as to real property located at 14 Trinity Place, Borough of Bellmawr,
New Jersey, 08031, and it appearing that notice of said motion was properly served upon all parties
concerned, and this Court having considered the representations of attorneys for Secured Creditor and Lee
Martin Perlman, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 12, 2019, Debtor is in arrears
outside of the Chapter 13 Plan to Secured Creditor for payments due March 2019 through April 2019 for a
total post-petition default of $3,216.75 (2 @ $1,689.50 less $162.25 in suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the
amount of $3,216.75 will be paid by Debtor remitting $536.12 per month for five months and $536.15 for
one month in addition to the regular monthly mortgage payment, which additional payments shall begin on
May 1, 2019 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to
resume May 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, PO Box
636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change
according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter
13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made
within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating
Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such
payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,
supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at
the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded
reimbursement of fees and costs in the sum of $350.00 for attorneys' fees, which is to be paid through
Debtors' Chapter 13 plan and Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 17-35743-JNP
Craig S. Rhody Sr.                                             Chapter 13
Donna M. Rhody
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: May 08, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db/jdb        Craig S. Rhody Sr.,   Donna M. Rhody,   14 Trinity Pl,   Bellmawr, NJ  08031-3027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
          ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through
          Certificates cwohlrab@logs.com,  njbankruptcynotifications@logs.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee
          for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Debtor Craig S. Rhody Sr. ecf@newjerseybankruptcy.com,
          lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Joint Debtor Donna M. Rhody ecf@newjerseybankruptcy.com,
          lmpcourt@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
          ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through
          Certificates rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8