Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−35743−JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Craig S. Rhody Sr.                                Donna M. Rhody
   14 Trinity Pl                                     aka Donna M. Quindlen
   Bellmawr, NJ 08031−3027               14 Trinity Pl
                                              Bellmawr, NJ 08031−3027

Social Security No.:
   xxx−xx−3444                                   xxx−xx−6927

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 September 17, 2019
Time:               10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*45* − Certification in Opposition to (related document:44 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: Lot 22 Block 51.04 f/k/a Lot 22 Block 51.D, Commonly known as 14 Trinity Place, Bellmawr, New Jersey 08031. Fee Amount $ 181. filed by Creditor HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005−WF1 Asset Backed Pass−Through Certificates, 37 Creditor's Certification of Default filed by Creditor HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005−WF1 Asset Backed Pass−Through Certificates, 41 Order (Generic)) filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005−WF1 Asset Backed Pass−Through Certificates. Objection deadline is 08/26/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005−WF1 Asset Backed Pass−Through Certificates) filed by Lee Martin Perlman on behalf of Donna M. Rhody, Craig S. Rhody Sr.. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: August 27, 2019
JAN: lgr

                                                                        Jeanne Naughton
                                                                        Clerk