Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−35743−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Craig S. Rhody Sr.
14 Trinity Pl
Bellmawr, NJ 08031−3027

Donna M. Rhody
aka Donna M. Quindlen
14 Trinity Pl
Bellmawr, NJ 08031−3027

Social Security No.:
  xxx−xx−3444                                                xxx−xx−6927

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              February 18, 2020
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*53* − Certification in Opposition to (related document:52 Creditor's Certification of Default filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005−WF1 Asset Backed Pass−Through Certificates. Objection deadline is 01/24/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005−WF1 Asset Backed Pass−Through Certificates) filed by Lee Martin Perlman on behalf of Donna M. Rhody, Craig S. Rhody Sr.. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: January 23, 2020
JAN: lgr

                                                           Jeanne Naughton
                                                           Clerk