Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−35743−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Craig S. Rhody Sr.
14 Trinity Pl
Bellmawr, NJ 08031−3027

Donna M. Rhody
aka Donna M. Quindlen
14 Trinity Pl
Bellmawr, NJ 08031−3027

Social Security No.:
   xxx−xx−3444                                              xxx−xx−6927

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          February 18, 2020
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**53** − Certification in Opposition to (related document:52 Creditor's Certification of Default filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005−WF1 Asset Backed Pass−Through Certificates. Objection deadline is 01/24/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005−WF1 Asset Backed Pass−Through Certificates) filed by Lee Martin Perlman on behalf of Donna M. Rhody, Craig S. Rhody Sr.. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: January 23, 2020
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-35743-JNP
Craig S. Rhody Sr.                                                        Chapter 13
Donna M. Rhody
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1             Date Rcvd: Jan 23, 2020
                               Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db/jdb         Craig S. Rhody Sr.,    Donna M. Rhody,    14 Trinity Pl,    Bellmawr, NJ  08031-3027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through
               Certificates cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for ACE
               Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through Certificates
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee
               for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Craig S. Rhody Sr. ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Joint Debtor Donna M. Rhody ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through
               Certificates rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9