Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−35743−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig S. Rhody Sr.                             Donna M. Rhody
   14 Trinity Pl                                          aka Donna M. Quindlen
   Bellmawr, NJ 08031−3027              14 Trinity Pl
                                                          Bellmawr, NJ 08031−3027

Social Security No.:
   xxx−xx−3444                                            xxx−xx−6927

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after May 9, 2022 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 8, 2022
JAN: lgr

                                                                                                      Jeanne Naughton
                                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 17-35743-JNP

Craig S. Rhody Sr.                                                                                    Chapter 13

Donna M. Rhody

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                         Page 1 of 2

Date Rcvd: Apr 08, 2022                Form ID: clsnodsc                Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Craig S. Rhody Sr., Donna M. Rhody, 14 Trinity Pl, Bellmawr, NJ 08031-3027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022                        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |

District/off: 0312-1     User: admin     Page 2 of 2

Date Rcvd: Apr 08, 2022     Form ID: clsnodsc     Total Noticed: 3

        on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall

        on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through Certificates ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa

        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald

        on behalf of Creditor HSBC Bank USA  National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lee Martin Perlman

        on behalf of Debtor Craig S. Rhody Sr. ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

        on behalf of Joint Debtor Donna M. Rhody ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Rebecca Ann Solarz

        on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through Certificates rsolarz@kmllawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10