**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Craig S. Rhody Sr. | Social Security number or ITIN   xxx–xx–3444 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Donna M. Rhody | Social Security number or ITIN   xxx–xx–6927 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–35743–JNP | |

# Order of Discharge                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Craig S. Rhody Sr.                                                Donna M. Rhody
                                                                            aka Donna M. Quindlen


4/18/22                                                                 **By the court:** Jerrold N. Poslusny Jr.
                                                                                             United States Bankruptcy Judge


**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 17-35743-JNP
Craig S. Rhody Sr.                                                                                   Chapter 13
Donna M. Rhody
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 4
Date Rcvd: Apr 18, 2022    Form ID: 3180W    Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Craig S. Rhody Sr., Donna M. Rhody, 14 Trinity Pl, Bellmawr, NJ 08031-3027 |
| 517247884 | | Apex Asset, 1891 Santa Barbara Dr, Lancaster, PA 17601-4106 |
| 517247886 | | Apex Asset Management, 1891 Santa Barbara Dr, Lancaster, PA 17601-4106 |
| 517247892 | | Apex Asset Management, LLC, PO Box 7044, Lancaster, PA 17604-7044 |
| 517247893 | | Apothaker & Associates, PC, 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 517247895 | | Ars Account Resolution, 1801 NW 66th Ave Ste 200, Plantation, FL 33313-4571 |
| 517247896 | | Booth Radiology Associates, PO Box 8500 #1042, Philadelphia, PA 19178-8500 |
| 517247899 | | Convergent Healthcare Recoveries, Inc., PO Box 805184, Kansas City, MO 64180-5184 |
| 517247901 | + | Dr. Benjamin Blank, DO, 1300 N Black Horse Pike, Glendora, NJ 08029-1308 |
| 517247902 | + | Dr. Linqiu Zhou, MD, 730 N Broad St, Woodbury, NJ 08096-1796 |
| 517247903 | | Dr. Rakesh C. Gupta, MD, 326 NJ-73, Voorhees, NJ 08043 |
| 517354353 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517247904 | | Emrg Phy Assoc Of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517247906 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 517247910 | + | HSBC Bank USA National Assoc, Attn: Shapiro & Denardo, LLC, 14000 Commerce Pkwy, Ste B, Mount Laurel, NJ 08054-2242 |
| 518543425 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518128217 | + | HSBC Bank USA, National Association, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517247913 | + | MedExpress Billing, PO Box 14000, Belfast, ME 04915-4033 |
| 517247915 | | Nco Fin/51, PO Box 13574, Philadelphia, PA 19101 |
| 517247918 | | Nudelman, Klemm & Golub, 425 Eagle Rock Ave Ste 403, Roseland, NJ 07068-1717 |
| 517247919 | + | Pain Care Associates PA, PO Box 95, Medford, NJ 08055-0095 |
| 517247920 | | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517247928 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap-on Credit Llc, ATTN: BANKRUPTCY, 950 Technology Way Ste 301, Libertyville, IL 60048-5339 |
| 517247929 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 517247930 | | South Jersey Radiology Associates, PO Box 23355, Newark, NJ 07189-0355 |
| 517947533 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517247933 | + | State of New Jersey, Department of Labor And Workforce, PO Box 951, Trenton, NJ 08625-0951 |
| 517247934 | | Trojan Professional Se, PO Box 1270, Los Alamitos, CA 90720-1270 |
| 517247935 | | Underwood Memorial Hospital, 509 N Broad St, Woodbury, NJ 08096-1617 |
| 517247946 | | Virtua Health, PO Box 6007, Bellmawr, NJ 08099-6007 |
| 517247943 | | Virtua Health, PO Box 7009, Bellmawr, NJ 08099-6007 |
| 517247947 | + | Virtua Health Memorial, PO Box 7500-7542, Philadelphia, PA 19178-0001 |
| 517247948 | + | Virtua Health System, PO Box 8500-8267, Philadelphia, PA 19178-0001 |
| 517247950 | + | West Jersey Anesthesia Associates, 1000 White Horse Road, Ste 204, Voorhees, NJ 08043-4408 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 17-35743-JNP    Doc 74    Filed 04/20/22    Entered 04/21/22 00:16:49    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517247881 | | EDI: AFNIRECOVERY.COM | Apr 19 2022 00:33:00 | Afni, ATTN: BANKRUPTCY, PO Box 3097, Bloomington, IL 61702-3097 |
| 517247894 | | EDI: APPLIEDBANK.COM | Apr 19 2022 00:33:00 | Applied Bank, ATTENTION: BANKRUPTCY, PO Box 17125, Wilmington, DE 19850-7125 |
| 517247898 | | EDI: CAPITALONE.COM | Apr 19 2022 00:33:00 | Cap One, CAPITAL ONE BANK (USA) N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517247900 | | Email/Text: legal-dept@cooperhealth.edu | Apr 18 2022 20:43:00 | Cooper University Physicians, PO Box 95000-4345, Philadelphia, PA 19195-0001 |
| 517247905 | | Email/Text: bknotice@ercbpo.com | Apr 18 2022 20:43:00 | Enhanced Recovery Co L, ATTENTION: CLIENT SERVICES, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517323753 | + | EDI: WFFC.COM | Apr 19 2022 00:33:00 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE C/O, Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 518543425 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 18 2022 20:42:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517247911 | | EDI: IIC9.COM | Apr 19 2022 00:33:00 | Ic Systems Inc, ATTN: BANKRUPTCY, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 517247912 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2022 20:46:09 | Lvnv Funding Llc, PO Box 740281, Houston, TX 77274-0281 |
| 517247914 | | Email/Text: bankruptcydepartment@tsico.com | Apr 18 2022 20:43:00 | Nco Fin /99, PO Box 15636, Wilmington, DE 19850-5636 |
| 517247916 | | Email/PDF: bankruptcy@ncfsi.com | Apr 18 2022 20:46:07 | New Century Financial, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 517265950 | | EDI: PRA.COM | Apr 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Avenue, POB 41067, Norfolk VA 23541 |
| 517247923 | | Email/Text: clientservices@remexinc.com | Apr 18 2022 20:42:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517247932 | | EDI: AISSPRINT | Apr 19 2022 00:33:00 | Sprint Nextel Correspondence, Attn Bankruptcy Dept., PO Box 7949, Overland Park, KS 66207-0949 |
| 517247925 | | EDI: CITICORP.COM | Apr 19 2022 00:33:00 | Sears Bankruptcy Recovery, Attn: Corporate Bankruptcy Department, PO Box 20363, Kansas City, MO 64195-0363 |
| 517247926 | | EDI: CBS7AVE | Apr 19 2022 00:33:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517947533 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 18 2022 20:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517247939 | | EDI: VERIZONCOMB.COM | Apr 19 2022 00:33:00 | Verizon Bankruptcy Department, PO Box 3037, Bloomington, IL 61702-3037 |
| 517247942 | | EDI: VERIZONCOMB.COM | Apr 19 2022 00:33:00 | Verizon New Jersey Inc, PO Box 3397, Bloomington, IL 61702-3397 |
| 517247949 | | EDI: WFFC.COM | Apr 19 2022 00:33:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701-4747 |
| 517333701 | + | EDI: WFFC.COM | | |

| | | Apr 19 2022 00:33:00 | Wells Fargo Bank, NA, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517247882 | * | Afni, Inc., ATTN: BANKRUPTCY, PO Box 3097, Bloomington, IL 61702-3097 |
| 517247883 | * | Afni, Inc., ATTN: BANKRUPTCY, PO Box 3097, Bloomington, IL 61702-3097 |
| 517247885 | * | Apex Asset, 1891 Santa Barbara Dr, Lancaster, PA 17601-4106 |
| 517247887 | * | Apex Asset Management, 1891 Santa Barbara Dr, Lancaster, PA 17601-4106 |
| 517247888 | * | Apex Asset Management, 1891 Santa Barbara Dr, Lancaster, PA 17601-4106 |
| 517247889 | * | Apex Asset Management, 1891 Santa Barbara Dr, Lancaster, PA 17601-4106 |
| 517247890 | * | Apex Asset Management, 1891 Santa Barbara Dr, Lancaster, PA 17601-4106 |
| 517247891 | * | Apex Asset Management, 1891 Santa Barbara Dr, Lancaster, PA 17601-4106 |
| 517247907 | * | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 517247908 | * | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 517247909 | * | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 517247917 | * | New Century Financial, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 517247921 | * | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517247922 | * | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517247924 | * | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517247931 | * | South Jersey Radiology Associates, PO Box 23355, Newark, NJ 07189-0355 |
| 517947534 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517247936 | * | Underwood Memorial Hospital, 509 N Broad St, Woodbury, NJ 08096-1617 |
| 517247937 | * | Underwood Memorial Hospital, 509 N Broad St, Woodbury, NJ 08096-1617 |
| 517247938 | * | Underwood Memorial Hospital, 509 N Broad St, Woodbury, NJ 08096-1617 |
| 517247940 | * | Verizon Bankruptcy Department, PO Box 3037, Bloomington, IL 61702-3037 |
| 517247941 | * | Verizon Bankruptcy Department, PO Box 3037, Bloomington, IL 61702-3037 |
| 517247944 | * | Virtua Health, PO Box 7009, Bellmawr, NJ 08099-6007 |
| 517247945 | * | Virtua Health, PO Box 7009, Bellmawr, NJ 08099-6007 |
| 517247897 | ## | C&H Collection Services, Inc., PO Box 1399, Merchantville, NJ 08109-0399 |
| 517261853 | ##+ | SOUTH JERSEY RADIOLOGY, c/o SKLAR LAW LLC, ANDREW SKLAR ESQUIRE, 1200 LAUREL OAK ROAD, STE 102, VOORHEES, NJ 08043-4317 |
| 517247927 | ##+ | Sklar Law LLC, 1200 Laurel Oak Rd, Ste 102, Voorhees, NJ 08043-4317 |

TOTAL: 0 Undeliverable, 24 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, |

| | |
|---|---|
| District/off: 0312-1 | Page 4 of 4 |
| Date Rcvd: Apr 18, 2022 | User: admin |
| Form ID: 3180W | Total Noticed: 55 |

| | |
|---|---|
| | Series 2005-WF1 Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through Certificates ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Craig S. Rhody Sr. ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Donna M. Rhody ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-WF1 Asset Backed Pass-Through Certificates rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10